United States District Court
Southern District Of Indiana
Indianapolis Division

SCANNED at PENDLETON and Emailed on ___(date)___ by ___(initials)___ - ___(num)___ pages.

Michael Hendricks )
    Plaintiff )
)
)
)
Robert Carter et al )
    Defendant )

No 1:18-CV-02874-JPH-MPB

**FILED**
4:05 pm, Dec 20, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

Motion to Dismiss Without Prejudice

Here comes Plaintiff Hendricks, asking the Honorable Judge Hanlon, to dismiss my claim until my family will be able to help....

Michael Hendricks
#901825 #GCH 10-1C
12-18-2018